B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Widauf, Paul Jerome** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Widauf, Joanna Gennaro** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Joanna Gennaro-Widauf; FKA Joanna M Gennaro** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3949** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4877** |
| Street Address of Debtor (No. and Street, City, and State):<br>**854 Emerald Dr**<br>**Naperville, IL**<br><div align="right">ZIP Code</div>**60540** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**854 Emerald Dr**<br>**Naperville, IL**<br><div align="right">ZIP Code</div>**60540** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11      of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>  under Title 26 of the United States<br>  Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,  ☐ Debts are primarily<br>  defined in 11 U.S.C. § 101(8) as      business debts.<br>  "incurred by an individual primarily for<br>  a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>  attach signed application for the court's consideration certifying that the<br>  debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>  Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>  attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>  in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Chapter 11 Debtors** |
|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

<div align="right">THIS SPACE IS FOR COURT USE ONLY</div>

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500,000,001<br>million | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Widauf, Paul Jerome**<br>**Widauf, Joanna Gennaro** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _/s/ Subramaniam Chandraiah_            **July 20, 2012**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Subramaniam Chandraiah 237501** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Widauf, Paul Jerome**
**Widauf, Joanna Gennaro**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul Jerome Widauf**
Signature of Debtor **Paul Jerome Widauf**

X **/s/ Joanna Gennaro Widauf**
Signature of Joint Debtor **Joanna Gennaro Widauf**

Telephone Number (If not represented by attorney)

**July 20, 2012**
Date

### Signature of Attorney*

X **/s/ Subramaniam Chandraiah**
Signature of Attorney for Debtor(s)

**Subramaniam Chandraiah 237501**
Printed Name of Attorney for Debtor(s)

**Chicago Bankruptcy Help / Chandraiah Law Firm**
Firm Name

**512 W Burlington Ave , Suite 6B**
**La Grange, IL 60525-2225**

Address

**Email: chicagobankruptcyhelp@gmail.com**
**3128963009  Fax: 7085771000**
Telephone Number

**July 20, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Paul Jerome Widauf**
     **Joanna Gennaro Widauf**
                                    Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Paul Jerome Widauf**
                            **Paul Jerome Widauf**

Date:   **July 20, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Paul Jerome Widauf**
    **Joanna Gennaro Widauf**
                                      Debtor(s)
        Case No. _____
        Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Joanna Gennaro Widauf**
                              **Joanna Gennaro Widauf**

Date:    **July 20, 2012**

    

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Paul Jerome Widauf,**
     **Joanna Gennaro Widauf**

Case No. _____

_____,
                      Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 17,920.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,038.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 61,496.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 5,456.63 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,415.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 17,920.00 | | |
| | | Total Liabilities | | 76,534.27 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Paul Jerome Widauf,**
  **Joanna Gennaro Widauf**

Case No. _____

                ,

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,456.63 |
| Average Expenses (from Schedule J, Line 18) | 5,415.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,471.64 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,863.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 61,496.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 66,359.27 |

B6A (Official Form 6A) (12/07)

In re    **Paul Jerome Widauf,**                                                    Case No. _____
         **Joanna Gennaro Widauf**
_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Paul Jerome Widauf,**                                                              Case No. _____
         **Joanna Gennaro Widauf,**
                                                                          ,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 65.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint checking account at PNC Bank ending in 9943.**<br>**Address: 1001 South Washington, Naperville, IL** | J | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen table and chairs.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 75.00 |
| | | **Living room sofa**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 50.00 |
| | | **Coffee & End tables.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 100.00 |
| | | **Lamps**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 40.00 |
| | | **Beds (2)**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 150.00 |
| | | **Dressers**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 5.00 |
| | | **Night stands**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 25.00 |
| | | **Vacuum cleaner**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 20.00 |

Sub-Total >                    780.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul Jerome Widauf,**                                   Case No. _____
         **Joanna Gennaro Widauf**

                                                        ,
                                         Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **DVD player**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 20.00 |
| | | **Televisions (3 older)**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 300.00 |
| | | **Radio**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 20.00 |
| | | **Refrigerator**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 200.00 |
| | | **Washer & Dryer. $75/each.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 150.00 |
| | | **Microwave**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 15.00 |
| | | **Computer (older)**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 100.00 |
| | | **Bedding**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 30.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel such as shirts, pants, dresses, and accessories such as belts, shoes, etc.** | J | 300.00 |
| 7. Furs and jewelry. | | **Engagement/Wedding bands.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Guitar and amplifier.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | J | 175.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **2,810.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul Jerome Widauf,**                                                    Case No. _____
          **Joanna Gennaro Widauf**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor's would have earned about half of their tax refund for the 2012 tax year, to be refunded in 2013 when taxes are filed. Debtors would proactively like to exempt $4000 of any tax refund.** | J | 4,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    4,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Paul Jerome Widauf,**                                         Case No. _____
       **Joanna Gennaro Widauf**
                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Nissan Xterra with $83,200 miles. Location: 854 Emerald Dr, Naperville IL 60540 Value $10,175 per Kelley Blue Book.** | J | 10,175.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Yellow lab dog. Location: 854 Emerald Dr, Naperville IL 60540** | J | 75.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Cell phones. Location: 854 Emerald Dr, Naperville IL 60540** | J | 80.00 |

|  | Sub-Total > | 10,330.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 17,920.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re     **Paul Jerome Widauf,**                                                  Case No. _____
          **Joanna Gennaro Widauf**
                                                            ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand.** | **735 ILCS 5/12-1001(b)** | **65.00** | **65.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Joint checking account at PNC Bank ending in 9943.** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Address: 1001 South Washington, Naperville, IL** | | | |
| **Household Goods and Furnishings** | | | |
| **Kitchen table and chairs.** | **735 ILCS 5/12-1001(b)** | **75.00** | **75.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Living room sofa** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Coffee & End tables.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Lamps** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Beds (2)** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Dressers** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Night stands** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Vacuum cleaner** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **DVD player** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Televisions (3 older)** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Radio** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Refrigerator** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Washer & Dryer. $75/each.** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |
| **Microwave** | **735 ILCS 5/12-1001(b)** | **15.00** | **15.00** |
| **Location: 854 Emerald Dr, Naperville IL 60540** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re     **Paul Jerome Widauf,**                                          Case No. _____

       **Joanna Gennaro Widauf**

_____,

                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Computer (older)**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Bedding**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **Wearing Apparel**<br>**Wearing apparel such as shirts, pants, dresses, and accessories such as belts, shoes, etc.** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry**<br>**Engagement/Wedding bands.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Guitar and amplifier.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | **735 ILCS 5/12-1001(b)** | **175.00** | **175.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund**<br>**Debtor's would have earned about half of their tax refund for the 2012 tax year, to be refunded in 2013 when taxes are filed. Debtors would proactively like to exempt $4000 of any tax refund.** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **4,000.00** |
| **Animals**<br>**Yellow lab dog.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | **735 ILCS 5/12-1001(b)** | **75.00** | **75.00** |
| **Other Personal Property of Any Kind Not Already Listed**<br>**Cell phones.**<br>**Location: 854 Emerald Dr, Naperville IL 60540** | **735 ILCS 5/12-1001(b)** | **80.00** | **80.00** |

                                             Total:     **7,745.00**     **7,745.00**

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Paul Jerome Widauf,**                                     Case No. _____
**Joanna Gennaro Widauf**
_____ ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3204**<br><br>**Morris Plan**<br>**817 Wabash Ave**<br>**Terre Haute, IN 47807** | | J | **9/30/2010**<br>**Car loan**<br><br>**2006 Nissan Xterra with $83,200 miles.**<br>**Location: 854 Emerald Dr, Naperville IL 60540**<br>**Value $10,175 per Kelley Blue Book.** | | | | | |
| | | | Value $            **10,175.00** | | | | **15,038.00** | **4,863.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **15,038.00** | **4,863.00** |
| | Total<br>(Report on Summary of Schedules) | **15,038.00** | **4,863.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Paul Jerome Widauf,**                                                           Case No. _____
        **Joanna Gennaro Widauf**
_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Paul Jerome Widauf,**
       **Joanna Gennaro Widauf**                                    Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0111<br><br>**Alliance One**<br>**4850 Street Rd., Suite 300**<br>**Feasterville Trevose, PA 19053** | | J | 1/7/2012<br>credit card | | | | 805.30 |
| Account No. xxxxxxxxxxxxxxxxxxxx<br><br>**Bahrns Equipment Inc.**<br>**1708 S Banker St**<br>**Effingham, IL 62401** | | J | 9/17/2009<br>other | | | | 297.41 |
| Account No. xxxxxxxx3366<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | H | Opened 12/22/10  Last Active  3/21/11<br>CreditCard | | | | 805.00 |
| Account No. xxxx4542<br><br>**Carle Clinic Association**<br>**PO Box 6002**<br>**Urbana, IL 61803-6002** | | J | 5/9/2007<br>medical services | | | | 599.00 |

| | | |
|---|---|---|
| __17__   continuation sheets attached | Subtotal<br>(Total of this page) | 2,506.71 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                S/N:43993-120712    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Jerome Widauf,**
        **Joanna Gennaro Widauf**                                            Case No. _____
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. **xxxx2343**<br><br>**Cavalry Portfolio Serv / Sprint PCS**<br>**7 Skyline Dr Ste 3**<br>**Hawthorne, NY 10532** | | W | | Opened  5/21/08  Last Active  6/01/12<br>Collection Sprint Pcs | | | | 299.00 |
| Account No. **xxxxxx3096**<br><br>**Cavalry Protfolio Serv / SPRINT**<br>**PO Box 1017**<br>**Hawthorne, NY 10532** | | J | | 2/9/2011<br>phone services | | | | 289.32 |
| Account No. **xxx3779**<br><br>**Central DuPage Hospital**<br>**25 N Winfield Rd**<br>**Winfield, IL 60190-1295** | | J | | 10/10/2011<br>medical | | | | 412.50 |
| Account No. **xxxxxxxx0219**<br><br>**Chicago Tribune**<br>**435 N Michigan tt300**<br>**Chicago, IL 60601** | | J | | 12/12/2011<br>newspaper subscription | | | | 21.10 |
| Account No. **xxxxxxxx5900**<br><br>**Citi**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | | Opened  2/09/90<br>CreditCard | | | | 0.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,021.92**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Jerome Widauf,**
        **Joanna Gennaro Widauf**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8061** <br><br> City of Chicago <br> PO Box 88290 <br> Chicago, IL 60680-1292 | | J | 6/14/2012 <br> parking ticket | | | | 60.00 |
| Account No. **xxxxxx # xxxxxx7923** <br><br> City of Chicago / City Hall <br> 121 N LaSalle St <br> Chicago, IL 60602 | | J | 6/26/2011 <br> expired meter | | | | 50.00 |
| Account No. **xxxxxx # xxxxxx2277** <br><br> City of Chicago, City Hall <br> 121 N LaSalle St. <br> Chicago, IL 60602 | | J | 7/5/2012 <br> red light violation | | | | 200.00 |
| Account No. **xxxxxx # xxxxxx4913** <br><br> City of Chicago, City Hall <br> 121 N LaSalle St <br> Chicago, IL 60602 | | J | 7/22/2012 <br> Expired plates or temp reg. | | | | 60.00 |
| Account No. **xxxxxx2277** <br><br> City of Chicago, Dept. of Revenue <br> PO Box 88292 <br> Chicago, IL 60680-1292 | | J | 8/10/2011 <br> traffic ticket | | | | 100.00 |

Sheet no. __2___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

470.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Jerome Widauf,**
    **Joanna Gennaro Widauf**
    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-00-02** <br><br> **City of Effingham Water Dept.** <br> **PO Box 1345** <br> **Effingham, IL 62401** | | J | **3/31/2011** <br> **water, sewer services** | | | | **83.58** |
| Account No. **xxxxxx-xx5276** <br><br> **City of Naperville, Finance Dept.** <br> **400 S Eagle St** <br> **Naperville, IL 60540** | | J | **2/5/2012** <br> **Utilities** | | | X | **415.88** |
| Account No. **x4983** <br><br> **Cogent Financial Group** <br> **5150 E Pac Coast Hwy** <br> **Long Beach, CA 90804** | | J | **Opened 5/05/06 Last Active 3/31/08** <br> **NoteLoan** | | | | **0.00** |
| Account No. **xxxxxx8042** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | J | **5/22/2007** <br> **utilities** | | | | **272.73** |
| Account No. **xxxxx7157** <br><br> **Contract Callers Inc / ComEd** <br> **1058 Claussen Rd Ste 110** <br> **Augusta, GA 30907** | | H | **Opened 2/22/09 Last Active 5/01/12** <br> **Collection Comed 26499** | | | | **200.00** |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
**972.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Jerome Widauf,**
     **Joanna Gennaro Widauf**
                                        ,

Case No. _____

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx7295** | | | | **Opened 6/15/11 Last Active 5/01/12** **Collection Amerencips** | | | | |
| **Credit Collection Part / Amerencips** **905 W Spresser St** **Taylorville, IL 62568** | | W | | | | | | **2,022.00** |
| Account No. **xxxx8093** | | | | **Opened 6/01/11 Last Active 8/01/11** **11 Wow Schaumburg** | | | | |
| **Credit Mgmt / 11 Wow Schaumburg** **4200 International** **Carrollton, TX 75007** | | W | | | | | | **1,680.00** |
| Account No. **xx-xxxxxx-xxxxxxxxxxxxxx15-00** | | | | **1/24/2011** **other** | | | | |
| **Credit Protection Assn / Mediacom** **611 S Fourth St** **Chillicothe, IL 61523-2267** | | | J | | | | | **964.36** |
| Account No. **xxxxxx9156** | | | | **Opened 6/06/11 Last Active 12/01/11** **Collection Mediacom** | | | | |
| **Credit Protection Asso / Mediacom** **13355 Noel Rd Ste 2100** **Dallas, TX 75240** | | W | | | | | | **964.00** |
| Account No. **Widauf** | | | | **6/2008 to 7/2011** **other** | | | | |
| **EC Baker & Sons Inc** **1 County Road 400N** **Sigel, IL 62462** | | | J | | | | | **900.60** |

Sheet no. __**4**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,530.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**                                        Case No. _____
         **Joanna Gennaro Widauf**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2680** <br><br>**Edward Health Ventures** <br>**3471 Eagle Way** <br>**Chicago, IL 60678** | | J | 6/6/2011 <br>medical | | | | 107.00 |
| Account No. **xxxxxx7648** <br><br>**Edward Health Ventures / Edward Med** <br>**EMG Family Practice Hobson** <br>**Dept. 77-3471** <br>**Chicago, IL 60678-3471** | | J | 2/21/2007 <br>medical services | | | | 172.00 |
| Account No. **WIDLAN** <br><br>**Effingham Asphalt Co** <br>**1601 W Wabash** <br>**Effingham, IL 62401** | | J | 1/31/2011 <br>ashphalt | | | | 1,063.03 |
| Account No. **xxxx # xxxx-xx4827** <br><br>**Effingham County Treasurer** <br>**P.O. Box 399** <br>**Effingham, IL 62401** | | J | 4/2011 <br>relal estate tax bill | | | | 1,528.69 |
| Account No. **xxxx # xx xx xxx -xxxxxgham,IL** <br><br>**Fred Boll and Paula Boll** <br>**8272 East Twin Oaks** <br>**Effingham, IL 62401** | | J | 9/20/2011 <br>other | | | | 5,038.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,908.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Jerome Widauf,**
       **Joanna Gennaro Widauf**                                        Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxx1274**<br><br>Gecrb/Gap<br>Po Box 965005<br>Orlando, FL 32896 | | J | | Opened 9/21/00 Last Active 4/21/05<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxx5188**<br><br>Gecrb/Jcp<br>Po Box 965005<br>Orlando, FL 32896 | | H | | Opened 8/07/99 Last Active 2/08/00<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxx4203**<br><br>Gecrb/Low<br>Po Box 956005<br>Orlando, FL 32896 | | H | | Opened 5/17/06 Last Active 5/28/07<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxx2002**<br><br>Gecrb/Nfadal<br>C/O Po Box 965036<br>Orlando, FL 32896 | | H | | Opened 9/27/99 Last Active 4/15/03<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7105**<br><br>Gla Collection / Carle Fndn Phy Ser<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | W | | Opened 1/12/09 Last Active 4/01/09<br>Collection Carle Foundation Phys Service | | | | 51.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **51.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Jerome Widauf,**                                                    Case No. _____
       **Joanna Gennaro Widauf**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx7104**<br><br>**Gla Collection Co / Carle Fnd Phy**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | | W | Opened 1/12/09 Last Active 4/01/09<br>Collection Carle Foundation Phys Service | | | | 290.00 |
| Account No. **xxxxxxxxxxx7106**<br><br>**Gla Collection Co / Carle Found P S**<br>**2630 Gleeson Ln**<br>**Louisville, KY 40299** | | W | Opened 1/12/09 Last Active 4/01/09<br>Collection Carle Foundation Phys Service | | | | 350.00 |
| Account No. **xxxxxxx2738**<br><br>**Gmac**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | | H | Opened 10/22/05 Last Active 8/11/08<br>Automobile | | | | 0.00 |
| Account No. **xxxxxx2054**<br><br>**Gmac Mortgage**<br>**Po Box 780**<br>**Waterloo, IA 50704** | | H | Opened 4/04/05 Last Active 10/19/05<br>HomeEquityLineOfCredit | | | | 0.00 |
| Account No. **xxx5691**<br><br>**H & R Accounts Inc / Carle Clinic**<br>**7017 John Deere Pkwy**<br>**Moline, IL 61265** | | W | Opened 1/03/08 Last Active 3/01/08<br>Collection Carle Clinic | | | | 549.00 |

Sheet no. __**7**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,189.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**                                           Case No. _____
         **Joanna Gennaro Widauf**
_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8591**<br><br>**Hsbc/Carsn**<br>**Po Box 15521**<br>**Wilmington, DE 19805** | | H | **Opened 8/14/99**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxxxx1124**<br><br>**Illinois Tollway**<br>**PO Box 5201**<br>**Lisle, IL 60532-5201** | | J | **8/4/2011**<br>**tollway violation** | | | | **63.10** |
| Account No. **Widauf**<br><br>**Janesen Bros Garage Inc**<br>**204 N Main**<br>**Sigel, IL 62462** | | J | **9/1/2011**<br>**mechanical repairs** | | | | **212.15** |
| Account No. **xxx # x955c**<br><br>**Judy McClure's Sign and Graphics**<br>**8773 N 1250th St**<br>**Newton, IL 62448** | | J | **6/30/2009**<br>**250 cards, full color** | | | | **65.00** |
| Account No. **xxxxxx # xxxx08.02**<br><br>**Kemper CPA Group**<br>**810 W Jefferson Ave**<br>**Effingham, IL 62401** | | J | **3/2009 to 6/2011**<br>**accounting services** | | | | **2,033.56** |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,373.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**
         **Joanna Gennaro Widauf**                                          Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx6522** <br><br> **Laboratory Corp of America Holdings** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | J | | | 12/21/2010 <br> **medical diagnostic services** | | | | 43.30 |
| Account No. **xxx5400** <br><br> **Marshall Clinic Effingham** <br> **300 N Maple** <br> **Effingham, IL 62401** | J | | | 8/26/2011 <br> **medical services** | | | | 91.00 |
| Account No. **xxxxxxx2001, xxxx xxx8847** <br><br> **Med Recov Spec** <br> **2250 E Devon, Ste 352** <br> **Des Plaines, IL 60018-4519** | J | | | 3/16/2011 <br> **medical sservices** | | | | 963.90 |
| Account No. **xxxxxxx2002, xxxx xxx8545** <br><br> **Medical Recovery Spec /Rush Med Ctr** <br> **2250 E Devon Ave, Suite 352** <br> **Des Plaines, IL 60018-4519** | J | | | 11/12/2010 <br> **medical services** | | | | 464.04 |
| Account No. **xxxxxx5400** <br><br> **Merchants Credit** <br> **1308 State Highway Po Box 308** <br> **West Frankfort, IL 62896** | W | | | Opened  2/01/12  Last Active  5/01/12 <br> **Medical** | | | | 117.36 |

Sheet no. __9___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,679.60 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**
　　　　 **Joanna Gennaro Widauf**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1986**<br><br>**Midland Fund / Tmobile**<br>**8875 Aero Dr Suite 200**<br>**San Diego, CA 92123** | | W | Opened 7/01/11 Last Active 6/01/12<br>FactoringCompanyAccount T Mobile | | | | 434.00 |
| Account No. **xx9802**<br><br>**Millenium Park Dermatology**<br>**30 N Michigan Ave**<br>**Chicago, IL 60602** | | J | 10/15/2011<br>medical | | | | 85.00 |
| Account No. **xxx2535**<br><br>**Miramed Recovery Group**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | | W | Opened 3/01/12 Last Active 7/01/12<br>Medical | | | | 441.00 |
| Account No. **xxxxxxx8033**<br><br>**Morris Plan**<br>**817 Wabash Ave**<br>**Terre Haute, IN 47807** | | J | Opened 8/08/08 Last Active 9/08/10<br>Secured | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx**<br><br>**Narinder S Arora, MD, S.C.**<br>**PO Box 9129**<br>**Belfast, ME 04915-9129** | | J | 10/10/2010<br>medical services | | | | 297.00 |

Sheet no. \_\_**10**\_\_ of \_\_**17**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**1,257.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**
    **Joanna Gennaro Widauf**                                      Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3207**<br><br>**National Bank**<br>**212 S Main St**<br>**Hillsboro, IL 62049** | | J | Opened 3/20/08  Last Active  6/18/12<br>CommercialCreditObligation | | | | **24,594.00** |
| Account No. **xxxxxxxxxxx6039**<br><br>**National Bank**<br>**212 S Main St**<br>**Hillsboro, IL 62049** | | J | Opened 4/30/08  Last Active  5/06/11<br>ConventionalRealEstateMortgage | | | | **0.00** |
| Account No. **xxxxxxxxxxx3430**<br><br>**National Bank**<br>**212 S Main St**<br>**Hillsboro, IL 62049** | | J | Opened 7/07/08  Last Active  3/31/11<br>CommercialCreditObligation | | | | **0.00** |
| Account No. **xxxx3362**<br><br>**NCO Fin Sys / Illinois Tollway Auth**<br>**600 Holiday Plaza Dr, Suite 300**<br>**Matteson, IL 60443** | | J | 2/3/2012<br>tollway violation | | | | **213.10** |
| Account No. **xxxx3962**<br><br>**Nco Fin/22  / AT&T**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | Opened 11/23/07  Last Active  6/01/12<br>FactoringCompanyAccount Nco/Asgne Of At T | | | | **146.00** |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
        (Total of this page)   **24,953.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul Jerome Widauf,**
     **Joanna Gennaro Widauf**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4018** <br><br> **Nco Fin/55 / Edward Medical Group** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | | H | **Opened 11/20/07** <br> **Collection Edward Medical Group** | | | | 92.00 |
| Account No. **xx-xx-xx-x798 9** <br><br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507-0632** | | J | **6/12/2012** <br> **gas** | | | | 1,106.25 |
| Account No. **xx-xx-xx-x075 4** <br><br> **Nicor Gas** <br> **PO box 0632** <br> **Aurora, IL 60507-0632** | | J | **3/37/2012** <br> **gas** | | | X | 725.67 |
| Account No. **xx-xx-xx-x502 8** <br><br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507-0632** | | J | **10/13/2011** <br> **gas** | | | X | 26.14 |
| Account No. **xxxxx3254** <br><br> **Northwest Medical Faculty Foundatio** <br> **680 North Lake Shore Dr, Suite 1000** <br> **Chicago, IL 60611** | | J | **9/10/2011** <br> **medical services** | | | | 100.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,050.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**    Case No. _____
**Joanna Gennaro Widauf**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx9124**<br><br>**Oac**<br>**Po Box 371100**<br>**Milwaukee, WI 53237** | | W | | Opened 1/01/11  Last Active 6/01/12<br>Medical | | | | 245.00 |
| Account No. **xxxxxx xxxxxxxxx & xxxxx0912**<br><br>**Pekin Insurance Company**<br>**2505 Court Street**<br>**Pekin, IL 61558** | | J | | 3/7/2011 and 1/24/2011<br>business liability insurance coverage<br>$58 and $104 respectively | | | | 162.00 |
| Account No. **xxxxxxx8715**<br><br>**Pnc Bank**<br>**1001 S Washington St**<br>**Naperville, IL 60540** | | H | | Opened 11/09/05  Last Active 5/29/07<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxxxx7309**<br><br>**Pnc Bank**<br>**1001 S Washington St**<br>**Naperville, IL 60540** | | H | | Opened 9/09/05  Last Active 11/15/05<br>HomeEquityLineOfCredit | | | | 0.00 |
| Account No. **xxxxxx2806**<br><br>**Pnc Mortgage**<br>**6 N Main St**<br>**Dayton, OH 45402** | | H | | Opened 7/01/99  Last Active 3/17/04<br>FHARealEstateMortgage | | | | 0.00 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **407.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Jerome Widauf,**
       **Joanna Gennaro Widauf**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8990**<br><br>**Pro Com Services Of IL / Sehy Jones**<br>**2427 S Macarthur Blvd**<br>**Springfield, IL 62704** | | W | Opened 10/22/11  Last Active 12/01/11<br>Collection Sehy   Jones Optometrists Pc | | | | 167.00 |
| Account No. **xx0818**<br><br>**Prof Accting Serv / Prompt Care**<br>**1359 East Margaret Ave**<br>**Terre Haute, IN 47801** | | J | 7/19/2011<br>med serv | | | | 445.50 |
| Account No. **xx0818**<br><br>**Professional Accounts / Prompt Care**<br>**1313 Wabash Ave**<br>**Terre Haute, IN 47807** | | J | Opened  7/18/11  Last Active  9/01/11<br>Collection Prompt Care | | | | 446.00 |
| Account No. **xx8259**<br><br>**Professional Accounts /S Willenborg**<br>**1313 Wabash Ave**<br>**Terre Haute, IN 47807** | | J | Opened  5/20/11  Last Active  7/01/11<br>Collection Stephen Willenborg Dmd | | | | 174.00 |
| Account No. **xxxxxxxxxxxxxxxx**<br><br>**Reading Tree**<br>**800 W 5th Ave.**<br>**Naperville, IL 60563** | | J | 2/13/2011<br>Tutoring. | | | | 150.00 |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,382.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**                                                    Case No. _____
      **Joanna Gennaro Widauf**
      _____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx # xxxxxx972-A** <br><br> **RMS / Verizon Wireless North** <br> **1000 Cir. 75 Pkwy, Ste 400** <br> **Atlanta, GA 30330** | | J | | 1/26/2011 <br> cell phone services | | | | 378.09 |
| Account No. **xx xx2405, xxx # xxxx0264** <br><br> **Rush Univ Med Grp** <br> **75 Remittance Dr, Dept 1611** <br> **Chicago, IL 60675-1611** | | J | | 4/13/2011 <br> medical services | | | | 202.00 |
| Account No. **xx2405** <br><br> **Rush University Medical Group** <br> **75 Remittance Dr** <br> **Chicago, IL 60675-1611** | | J | | 10/28/2010 <br> medical services | | | | 1,427.94 |
| Account No. **xxxxxxxxx-1000** <br><br> **St.Anthony's Memorial Hospital** <br> **503 North Maple St** <br> **Effingham, IL 62401** | | J | | 2/23/2007 <br> medical services | | | | 115.20 |
| Account No. **xxxx4641** <br><br> **State Collection Srv /St.Anthony Me** <br> **2509 S Stoughton Rd** <br> **Madison, WI 53716** | | W | | Opened 7/04/11 Last Active 9/01/11 <br> Collection St Anthonys Memorial Hospital | | | | 1,089.00 |

Sheet no. **15** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,212.23

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Jerome Widauf,**
       **Joanna Gennaro Widauf**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx7298**<br><br>**Stellar Rec / Comcast**<br>**1845 Us Hwy 93 Sou Suite 310**<br>**Kalispell, MT 59901** | | W | | Opened 12/01/11 Last Active 1/01/12<br>**01 Comcast** | | | | **1,063.00** |
| Account No. **xxxx3606**<br><br>**Sunrise Credit Services / Verizon**<br>**PO Box 9100**<br>**Farmingdale, NY 11735-9100** | | J | | **2/2012**<br>**cell services.** | | | | **381.31** |
| Account No. **xxxxxxxxxxxxxxx**<br><br>**Teminix International**<br>**PO Box 616**<br>**Mattoon, IL 61938** | | J | | **2/9/2011**<br>**pest control services** | | | | **79.48** |
| Account No. **xxxx # xx xC 333**<br><br>**Tim Heuerman / Heuerman Bros Truck**<br>**N 1950th St**<br>**Teutopolis, IL 62467-3328** | | J | | **9/9/2011**<br>**alleged goods and services rendered** | | | | **771.61** |
| Account No. **xxxxx**<br><br>**Ultimate Tan Spa**<br>**2863 W 95th St**<br>**Naperville, IL 60564** | | J | | **1/5/2012**<br>**tanning services** | | | | **200.00** |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,495.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul Jerome Widauf,**
         **Joanna Gennaro Widauf**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8859 <br><br> **United Collect Bur / Crossroads Emer** <br> **5620 Southwyck Blvd Ste** <br> **Toledo, OH 43614** | | W | Opened 1/25/11 Last Active 5/01/11 <br> Collection Crossroads Emergency Phys Llp | | | | 511.00 |
| Account No. xxxxxxxxx-x0001 <br><br> **Verizon Wireless** <br> **PO Box 25505** <br> **Lehigh Valley, PA 18002-5505** | | J | 1/12/2011 | | | | 323.16 |
| Account No. xxxxx0001 <br><br> **Village of Plainfield** <br> **24401 W Lockport St** <br> **Plainfield, IL 60544** | | J | 4/3/2007 <br> water, sewer, garbabe services | | | | 200.91 |
| Account No. xxxxxxxxx2363 <br><br> **Wells Fargo Hm Mortgag** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | H | Opened 6/15/04 Last Active 10/12/05 <br> FHARealEstateMortgage | | | | 0.00 |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 1,035.07 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 61,496.27 |

B6G (Official Form 6G) (12/07)

.

In re     **Paul Jerome Widauf,**                                        Case No. _____

            **Joanna Gennaro Widauf**

_____ ,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adam Stokes**<br>**931 N Eagle St**<br>**Naperville, IL 60563** | **This was lease for debtors' previous residence, a single family home at 1022 N Main St., Naperville, IL 60563. Debtors reject this lease. Rent was $1650/month. (Debtors left due to flood damage to home and storage space.)** |
| **Phil Bauer and Kristi Bauer**<br>**854 Emerald Dr**<br>**Naperville, IL 60540-7209** | **This is lease from Nov 1st, 2011 to Nov 1, 2012 for debtors' current residence, a single family home, at a rent of $1500/month. Debtors wish to assume this lease.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Paul Jerome Widauf,**
    **Joanna Gennaro Widauf**

        Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Paul Jerome Widauf**
**Joanna Gennaro Widauf**                                          Case No. _____

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Son** | AGE(S):  **11** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Park specialist** | **Bartender** |
| Name of Employer | **Naperville Park District** | **Kingston Mines** |
| How long employed | **1 year** | **3 years** |
| Address of Employer | **219 Mill St.**  **Naperville, IL 60540** | **2548 N Halsted**  **Chicago, IL 60614** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **3,166.80** | $ | **2,991.08** |
| 2. Estimate monthly overtime | $ | **14.84** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **3,181.64** | $ | **2,991.08** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **578.05** | $ | **696.76** |
|    b. Insurance | $ | **172.66** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify):  **retirement fund contribution (mandatory)** | $ | **135.40** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **886.11** | $ | **696.76** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,295.53** | $ | **2,294.32** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of  dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance  (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income  (Specify):  **See Detailed Income Attachment** | $ | **430.66** | $ | **436.12** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **430.66** | $ | **436.12** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,726.19** | $ | **2,730.44** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | **5,456.63** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  **Paul Jerome Widauf**
        **Joanna Gennaro Widauf**

Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Monthly Income:**

| | | | | |
|---|---|---|---|---|
| Cash tips. 6 month average used here as that is more accurat | $ | 0.00 | $ | 436.12 |
| Part time job selling tickets at bar. 6 month average used. | $ | 420.38 | $ | 0.00 |
| Cash tips. 6 month average used for accuracy. | $ | 10.28 | $ | 0.00 |
| **Total Other Monthly Income** | $ | 430.66 | $ | 436.12 |

B6J (Official Form 6J) (12/07)

In re  **Paul Jerome Widauf**
**Joanna Gennaro Widauf**                                    Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
| a. Are real estate taxes included? Yes ___ No **X** ___ | | |
| b. Is property insurance included? Yes ___ No **X** ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 60.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 65.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 375.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| 10. Charitable contributions | $ | 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 130.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 400.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 870.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,415.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
       **Debtors' 11 year old son has been told he will need braces, which will be an additional**
       **expense for the debtors shortly.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,456.63 |
| b. Average monthly expenses from Line 18 above | $ | 5,415.00 |
| c. Monthly net income (a. minus b.) | $ | 41.63 |

B6J (Official Form 6J) (12/07)

**Paul Jerome Widauf**
In re    **Joanna Gennaro Widauf**                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable & internet | $ | 80.00 |
| Cell phone plan. (family) | $ | 120.00 |
| **Total Other Utility Expenditures** | $ | 200.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| School related expenses. (activity fees, supplies, lunches) | $ | 80.00 |
| Pet food and medicine for dog and vet bills. | $ | 75.00 |
| Lease makes debtors responsible for repairs under $250. | $ | 40.00 |
| Vehicle Maintenance (Oil change, wash, tires, etc.) | $ | 45.00 |
| Toiletries & cleaning supplies. | $ | 45.00 |
| Haircuts and styling for family of 3. | $ | 45.00 |
| Babysitting for 11 yr old son. | $ | 200.00 |
| Vitamins, trash bags, postage, gas for mower, and such misc. | $ | 55.00 |
| Christmas, birthday, and anniversary gifts. | $ | 25.00 |
| Child's allowance. | $ | 30.00 |
| Parking fee of $25/week. | $ | 110.00 |
| Educational private tutor for 11 year old son. | $ | 120.00 |
| **Total Other Expenditures** | $ | 870.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Paul Jerome Widauf**
     **Joanna Gennaro Widauf**

Case No. _____

Debtor(s)

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 20, 2012**

Signature  **/s/ Paul Jerome Widauf**
          **Paul Jerome Widauf**
          Debtor

Date  **July 20, 2012**

Signature  **/s/ Joanna Gennaro Widauf**
          **Joanna Gennaro Widauf**
          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Paul Jerome Widauf**
**Joanna Gennaro Widauf**                                                    Case No. _____

_____   Chapter   **7**
                             Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $40,884.95 | **2012 YTD: Both Employment. ($23,492.89 H, $17,392.06 W)** |
| $55,622.00 | **2011: Both Employment Income** |
| $52,189.00 | **2010: Both Employment Income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,427.00 | 2012 YTD: Both 2011 year Tax refund. $3002 fed, $425 state. |
| $1,833.00 | 2011: Both 2010 year Tax Refund. $1613 fed and $220 state. |
| $2,022.00 | 2010: Both 2009 year Tax Refund. $1511 fed and $511 state |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Morris Plan**<br>**817 Wabash Ave**<br>**Terre Haute, IN 47807** | **April, May, June 2012 monthly car payments of $400/month for total of $1200.** | **$1,200.00** | **$15,038.00** |
| **Phil Bauer and Kristy Bauer**<br>**854 Emerald Dr**<br>**Naperville, IL 60540-7209** | **Monthly rent of $1500 in April, May, and June 2012 for total of $450. Amount still owing is zero because rent is only due monthly.** | **$1,500.00** | **$0.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tim Heuerman, dba Heuerman Bros. Trucking LLC vs. Widauf Landscaping. Case # 11 SC 333** | **Suit for cost of goods and services rendered.** | **Circuit Court for the Fourth Judicial Circuit Effingham County, Effingham, Illinois** | **Default judgment for $630.61 plus court costs of $141.** |
| **Paul & Fred Boll vs Paul Widauf Case # 11 SC 323** | **Suit for alleged debt.** | **Circuit Court of the Fourth Judicial Circuit Effingham County, State of Illnois.** | **Judgment and citation to discover assets issued.** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■  returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■  this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than **$200** in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Chandraiah Law Firm**<br>**512 W Burlington Ave , Suite 6B**<br>**La Grange, IL 60525-2225** | **March 2012.** | **$1,250.00 attorney fee, and $306 court filing fee.** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Doug Kabbes**<br>**15810 N Bluebird Dr**<br>**Effingham, IL 62401**<br>  **Brother in law of Debtor.** | **Spring of 2011** | **When debtors' company, Widauf Landscaping, was closed, the last inventory in spring of 2011 showed about 20K in inventory, including a 2001 Chevy 2500 HD Truck with 166,780 miles and Kelly Blue Book value of $6000. This truck and $12,000 of unsold inventory was given to Doug Kabbes in return for Mr. Kabbes taking over and making payments on a commercial loan obligation of the debtors in the amount of about $40,000 with National Bank at 212 S. Main St., Hisslboro, IL 62049. Acct # ending in 83207** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1022 N Main St**<br>**Naperville, IL 60563** | **Paul Jerome Widauf**<br>**Joanna Gennaro Widauf** | **April 2011 to Oct. 2011** |
| **503 East Virginia**<br>**Effingham, IL 62401** | **Paul Jerome Widauf**<br>**Joanna Gennaro-Widauf** | **April 2008 to April 2011** |
| **854 Emerald Drive**<br>**Naperville, IL 60540** | **Paul Jerome Widauf**<br>**Joanna Gennaro Widauf** | **Nov. 2011 - Present** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Widauf Landscaping Inc.** | **Taxpayer ID: 20-8481062** | **503 E Virginia Ave Effingham, IL 62401** | **Landscaping. Set up as an S Corp. Debtor Paul Widauf was President and co-debtor, his wife, Joanna Widauf, was secretary. This was a small operation which employed a maximum of 2 part time employees while in business. They actually stopped doing business about fall of 2010, though the business was officially closed in spring of 2011.** | **Spring 2006 to Spring 2011** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                   ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kemper CPA Group 810 West Jefferson Ave Effingham, IL 62401** | **Sprint 2006 to Spring 2011** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Kemper CPA Group** | **810 West Jefferson Ave Effingham, IL 62401** | **Sprint 2006 to Sprint 2011** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kemper CPA Group** | **810 West Jefferson Ave Effingham, IL 62401** |

8

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Spring 2011 | Kemper CPA Group | Debtors estimate all inventory, including an old 2001 Chevy 2500 truck with 166,780 miles came to about $20,000. |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Spring 2011 | Kemper CPA Group 810 West Jefferson Ave Effingham, IL 62401 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 20, 2012**                         Signature  **/s/ Paul Jerome Widauf**
                                                            **Paul Jerome Widauf**
                                                            Debtor

Date  **July 20, 2012**                         Signature  **/s/ Joanna Gennaro Widauf**
                                                            **Joanna Gennaro Widauf**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Paul Jerome Widauf**
       **Joanna Gennaro Widauf**

Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Morris Plan** | **Describe Property Securing Debt:**<br>**2006 Nissan Xterra with $83,200 miles.**<br>**Location: 854 Emerald Dr, Naperville IL 60540**<br>**Value $10,175 per Kelley Blue Book.** |

Property will be (check one):

☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain   **Retain and pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                  ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July 20, 2012**            Signature   **/s/ Paul Jerome Widauf**
                                                      **Paul Jerome Widauf**
                                                      Debtor

Date   **July 20, 2012**            Signature   **/s/ Joanna Gennaro Widauf**
                                                       **Joanna Gennaro Widauf**
                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Paul Jerome Widauf**
**Joanna Gennaro Widauf**       Case No. _____

                         Debtor(s)       Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,250.00 |
| Prior to the filing of this statement I have received | $ | 1,250.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 20, 2012**               **/s/ Subramaniam Chandraiah**
                                          **Subramaniam Chandraiah 237501**
                                          **Chicago Bankruptcy Help / Chandraiah Law Firm**
                                          **512 W Burlington Ave , Suite 6B**
                                          **La Grange, IL 60525-2225**
                                          **3128963009  Fax: 7085771000**
                                          **chicagobankruptcyhelp@gmail.com**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Paul Jerome Widauf**    Case No.
**Joanna Gennaro Widauf**

Debtor(s)    Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Paul Jerome Widauf** | X **/s/ Paul Jerome Widauf** | **July 20, 2012** |
| **Joanna Gennaro Widauf** | | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | X **/s/ Joanna Gennaro Widauf** | **July 20, 2012** |
| Case No. (if known) | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Paul Jerome Widauf**
      **Joanna Gennaro Widauf**                                    Case No.
                                          Debtor(s)                Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **98**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 20, 2012**                        **/s/ Paul Jerome Widauf**
                                                **Paul Jerome Widauf**
                                                Signature of Debtor

Date:  **July 20, 2012**                        **/s/ Joanna Gennaro Widauf**
                                                **Joanna Gennaro Widauf**
                                                Signature of Debtor

.

Adam Stokes
931 N Eagle St
Naperville, IL 60563


Alexander & Hamilton
2721 Division St
Metairie, LA 70002


Alliance One
4850 Street Rd., Suite 300
Feasterville Trevose, PA 19053


Bahrns Equipment Inc.
1708 S Banker St
Effingham, IL 62401


Cap One
Po Box 85520
Richmond, VA 23285


Carle Clinic Association
PO Box 6002
Urbana, IL 61803-6002


Cavalry Portfolio Serv / Sprint PCS
7 Skyline Dr Ste 3
Hawthorne, NY 10532


Cavalry Protfolio Serv / SPRINT
PO Box 1017
Hawthorne, NY 10532


Central DuPage Hospital
25 N Winfield Rd
Winfield, IL 60190-1295


Chicago Tribune
435 N Michigan tt300
Chicago, IL 60601


Citi
Po Box 6497
Sioux Falls, SD 57117

City of Chicago
PO Box 88290
Chicago, IL 60680-1292


City of Chicago / City Hall
121 N LaSalle St
Chicago, IL 60602


City of Chicago, City Hall
121 N LaSalle St.
Chicago, IL 60602


City of Chicago, City Hall
121 N LaSalle St
Chicago, IL 60602


City of Chicago, Dept. of Revenue
PO Box 88292
Chicago, IL 60680-1292


City of Effingham Water Dept.
PO Box 1345
Effingham, IL 62401


City of Naperville, Finance Dept.
400 S Eagle St
Naperville, IL 60540


Cogent Financial Group
5150 E Pac Coast Hwy
Long Beach, CA 90804


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Contract Callers Inc / ComEd
1058 Claussen Rd Ste 110
Augusta, GA 30907


Credit Collection Part / Amerencips
905 W Spresser St
Taylorville, IL 62568

Credit Mgmt / 11 Wow Schaumburg
4200 International
Carrollton, TX 75007


Credit Protection Assn / Mediacom
611 S Fourth St
Chillicothe, IL 61523-2267


Credit Protection Asso / Mediacom
13355 Noel Rd Ste 2100
Dallas, TX 75240


EC Baker & Sons Inc
1 County Road 400N
Sigel, IL 62462


Edward Health Ventures
3471 Eagle Way
Chicago, IL 60678


Edward Health Ventures / Edward Med
EMG Family Practice Hobson
Dept. 77-3471
Chicago, IL 60678-3471


Effingham Asphalt Co
1601 W Wabash
Effingham, IL 62401


Effingham County Treasurer
P.O. Box 399
Effingham, IL 62401


Fred Boll and Paula Boll
8272 East Twin Oaks
Effingham, IL 62401


Gecrb/Gap
Po Box 965005
Orlando, FL 32896


Gecrb/Jcp
Po Box 965005
Orlando, FL 32896

Gecrb/Low
Po Box 956005
Orlando, FL 32896


Gecrb/Nfadal
C/O Po Box 965036
Orlando, FL 32896


Gla Collection / Carle Fndn Phy Ser
2630 Gleeson Ln
Louisville, KY 40299


Gla Collection Co / Carle Fnd Phy
2630 Gleeson Ln
Louisville, KY 40299


Gla Collection Co / Carle Found P S
2630 Gleeson Ln
Louisville, KY 40299


Gmac
P.O. Box 380901
Bloomington, MN 55438


Gmac Mortgage
Po Box 780
Waterloo, IA 50704


H & R Accounts Inc / Carle Clinic
7017 John Deere Pkwy
Moline, IL 61265


Heuerman Brothers Trucking LLC
14375 East 160th Ave
Effingham, IL 62401


Hsbc/Carsn
Po Box 15521
Wilmington, DE 19805


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201

Janesen Bros Garage Inc
204 N Main
Sigel, IL 62462


Judy McClure's Sign and Graphics
8773 N 1250th St
Newton, IL 62448


Kemper CPA Group
810 W Jefferson Ave
Effingham, IL 62401


Laboratory Corp of America Holdings
PO Box 2240
Burlington, NC 27216-2240


Marshall Clinic Effingham
300 N Maple
Effingham, IL 62401


MCM.  Dept 12421
PO Box 603
Oaks, PA 19456


Med Recov Spec
2250 E Devon, Ste 352
Des Plaines, IL 60018-4519


Medical Recovery Spec /Rush Med Ctr
2250 E Devon Ave, Suite 352
Des Plaines, IL 60018-4519


Merchants Credit
1308 State Highway Po Box 308
West Frankfort, IL 62896


Midland Fund / Tmobile
8875 Aero Dr Suite 200
San Diego, CA 92123


Millenium Park Dermatology
30 N Michigan Ave
Chicago, IL 60602

Miramed Recovery Group
991 Oak Creek Dr
Lombard, IL 60148


Morris Plan
817 Wabash Ave
Terre Haute, IN 47807


Morris Plan
817 Wabash Ave
Terre Haute, IN 47807


Narinder S Arora, MD, S.C.
PO Box 9129
Belfast, ME 04915-9129


National Bank
212 S Main St
Hillsboro, IL 62049


National Bank
212 S Main St
Hillsboro, IL 62049


National Bank
212 S Main St
Hillsboro, IL 62049


NCO Fin Sys / Illinois Tollway Auth
600 Holiday Plaza Dr, Suite 300
Matteson, IL 60443


Nco Fin/22  / AT&T
507 Prudential Rd
Horsham, PA 19044


Nco Fin/55 / Edward Medical Group
Po Box 13570
Philadelphia, PA 19101


NCO Financial
507 Prudential Road
Horsham, PA 19044

Nicor Gas
PO Box 0632
Aurora, IL 60507-0632

Nicor Gas
PO box 0632
Aurora, IL 60507-0632

Nicor Gas
PO Box 0632
Aurora, IL 60507-0632

Northwest Medical Faculty Foundatio
680 North Lake Shore Dr, Suite 1000
Chicago, IL 60611

Oac
Po Box 371100
Milwaukee, WI 53237

Pekin Insurance Company
2505 Court Street
Pekin, IL 61558

Pnc Bank
1001 S Washington St
Naperville, IL 60540

Pnc Bank
1001 S Washington St
Naperville, IL 60540

Pnc Mortgage
6 N Main St
Dayton, OH 45402

Pro Com Services Of IL / Sehy Jones
2427 S Macarthur Blvd
Springfield, IL 62704

Prof Accting Serv / Prompt Care
1359 East Margaret Ave
Terre Haute, IN 47801

Professional Accounts / Prompt Care
1313 Wabash Ave
Terre Haute, IN 47807


Professional Accounts /S Willenborg
1313 Wabash Ave
Terre Haute, IN 47807


Reading Tree
800 W 5th Ave.
Naperville, IL 60563


Resch Siemer Law Office - H. Lynch
400 West Jefferson, Suite B
Effingham, IL 62401


RMS / Verizon Wireless North
1000 Cir. 75 Pkwy, Ste 400
Atlanta, GA 30330


Rush Univ Med Grp
75 Remittance Dr, Dept 1611
Chicago, IL 60675-1611


Rush University Medical Group
75 Remittance Dr
Chicago, IL 60675-1611


Sehy & Jones, Optometrists
303 N Keller Dr
Effingham, IL 62401


St.Anthony's Memorial Hospital
503 North Maple St
Effingham, IL 62401


State Collection Srv /St.Anthony Me
2509 S Stoughton Rd
Madison, WI 53716


Stellar Rec / Comcast
1845 Us Hwy 93 Sou Suite 310
Kalispell, MT 59901

Stephen Willenborg DMD Ltd.
610 Keller Drive
Effingham, IL 62401


Sunrise Credit Services / Verizon
PO Box 9100
Farmingdale, NY 11735-9100


Teminix International
PO Box 616
Mattoon, IL 61938


Tim Heuerman / Heuerman Bros Truck
N 1950th St
Teutopolis, IL 62467-3328


Ultimate Tan Spa
2863 W 95th St
Naperville, IL 60564


United Collect Bur / Crossroads Emer
5620 Southwyck Blvd Ste
Toledo, OH 43614


Van Ru Credit Corp
10024 Skokie Blvd, Ste 2
Skokie, IL 60077-1109


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Village of Plainfield
24401 W Lockport St
Plainfield, IL 60544


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701